BEN WALLACE v. STATE.

No. A-1077. Opinion Filed January 23, 1912.

Appeal from Oklahoma County Court; Sam Hooker, Judge.

Ben Wallace was convicted of violating the prohibitory law, and appeals. Appeal dismissed.

John H. Beatty, and Taylor, Pruiett & Sniggs, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM. Plaintiff in error was convicted at the January, 1910, term of the county court of Oklahoma county on a charge of unlawfully transporting intoxicating liquor, and on the 2nd day of January, 1911, was adjudged to pay a fine of one hundred dollars and be confined in the county jail for a period of thirty days. The appeal was not lodged in this court until the 11th day of April, 1911. No order extending the time in which to perfect this appeal was made by the trial court. This case stands squarely on the doctrine laid down in the case of Julius Stumpf v. State, infra, 117 Pac. 648. Following the rule there announced this court has no alternative except to dismiss this appeal. Appeal dismissed.

W. J. WILSON and JOHN STUMP v. STATE.

No. A-1084. Opinion Filed January 23, 1912.

Appeal from Carter County Court; M. F. Winfrey, Judge.

W. J. Wilson and John Stump were convicted of violating the prohibitory law, and appeal. Affirmed.

I. R. Mason, for plaintiffs in error.

Smith C. Matson and E. G. Spilman, Asst. Attys. Gen., for the State.

PER CURIAM. Plaintiffs in error were convicted at the January, 1911, term of the county court of Carter county on a charge of unlawfully keeping a place for the sale of intoxicating liquors, and were each sentenced to pay a fine of two hundred fifty dollars and be imprisoned in the county jail for a period of ninety days. The appeal was properly perfected in this court on the 14th day of April, 1911. Upon a careful examination of the record we find no errors prejudicial to the substantial rights of plaintiffs in error, and the judgment of the trial court is therefore affirmed.